UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-461-DDP(CW) | Date | August 8, 2013 |
|---|---|---|---|
| Title | David Grossman v. George Valverde, et al. | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**      (In Chambers)

     Plaintiff's complaint was filed March 20, 2013, with payment of the filing fee.  [Docket no. 1.]  In a minute order filed March 22, 2013, Plaintiff was advised of requirements for proceeding in this court and was given information on the Pro Se Clinics at each federal courthouses in this district.  [Docket no. 4.]

     In a minute order filed March 27, 2013, Plaintiff was provided a copy of Rule 4 of the Federal Rules of Civil Procedure on service of a summons and complaint and advised on Rule 4's requirements.  [Docket no. 5.]  As stated in the minute order, Rule 4 usually requires service of a summons and complaint on each named defendant within 120 days after a complaint is filed.  If Plaintiff fails to file either a proof of service showing timely service of process on each defendant, or a declaration showing good cause for failure to timely serve a defendant, the case may be dismissed as to any defendant not served.  Fed. R. Civ. P. 4(m).

     Plaintiff has filed an incomplete copy of a summons (with no address for any defendant) dated June 17, 2013.  [Docket no. 6.]  He has not filed proofs of service or anything showing that he has served a summons or complaint on a defendant, nor has any defendant appeared in this action.  The 120 day period noted above has expired, and Plaintiff is again notified that his action may be dismissed, sua sponte, for failure to effect service of process.

     Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed, without prejudice, for insufficient service, by filing a response to this minute order on or before August 26, 2013.

cc:  David Grossman
     21 Baybery Way
     Irvine, CA 92612