UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GROSSMAN, Plaintiff, v. GEORGE VALVERDE, et al., Defendants. | No. SACV 13-461-DDP(CW) ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

In the Report and Recommendation filed December 18, 2013, the magistrate judge recommended that the court grant Defendant Valverde's motion to dismiss, and dismiss without leave to amend Plaintiff's claims against Defendant Valverde only. [Docket no. 19.] Plaintiff filed Objections on January 3, 2014. [Docket no. 21.]

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge.

1

1     **IT IS THEREFORE ORDERED** as follows:

2     1.   Defendant Valverde's motion to dismiss (docket no. 13, filed September 27, 2103) is **GRANTED**.

    2.   Plaintiff's complaint is dismissed, without leave to amend, as to his claims against Defendant Valverde only.[1]

DATED: February 20, 2014

                                      DEAN D. PREGERSON
                                      United States District Judge

---

[1] Plaintiff's claims against the other named defendants remain pending.

2