JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GROSSMAN, | ) | No. SACV 13-461-DDP (CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| GEORGE VALVERDE, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: May 20, 2016

_____
DEAN D. PREGERSON
United States District Judge